tion (153 N. Y. Supp. 940) reversed, with costs in this court and in the Appellate Term, and order of Municipal Court affirmed. Order filed.

MARTIN, Respondent, v. KRANZ, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Hans Martin against Anthony Kranz and Robert T. Buttelman. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 155 N. Y. Supp. 1124.

MARTIN v. KRANZ et al. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Hans Martin against Anthony Kranz and Robert T. Buttelman. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. See, also, 155 N. Y. Supp. 1124.

MASON et al., Respondents, v. HANNAN & HENRY MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Frank E. Mason and another against the Hannan & Henry Motor Car Company. No opinion. Order affirmed, with $10 costs and disbursements.

MASSUCCI et al. v. JAGELS & BELLIS, Inc. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Ralph Massucci and others against Jagels & Bellis, Incorporated. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MASTIN, Respondent, v. BEAVER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Andrew Mastin, an infant, etc., against the Beaver Company.

PER CURIAM. Judgment and order affirmed, with costs. Held that, while it was error to allow the expert witness Dallor to give his opinion as to what caused the bolt to break, the evidence elicited was not prejudicial.

MATHEWS, Respondent, v. TROWBRIDGE, Appellant. (Supreme Court, Appellate Division, Second Department. November 12, 1915.) Action by Ernest Mathews against Frederick C. Trowbridge. No opinion. Judgment of the County Court of Queens County affirmed, with costs.

MAXIMILIAN FLIESCHMANN CO., Respondent, v. MADISON AVE. REAL ESTATE CO., Appellant, et al. (two cases). (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by the Maximilian Flieschmann Company against the Madison Avenue Real Estate Company, impleaded with others. F. Bien, of New York City, for appellant. F. S. Jackson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MAY, Appellant, v. E. MAY, Inc., et al., Respondents. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Solomon May against E. May, Incorporated, and another. J. H. Regan, of New York City, for appellant. W. C. Prime and A. W. Sherman, both of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 158 App. Div. 924, 143 N. Y. Supp. 1130.

MAYTHAM, Appellant, v. EDDY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Mary T. Maytham against Elizabeth A. Eddy. No opinion. Application to dismiss appeal granted, and appeal dismissed, without costs, upon stipulation and affidavit of respondent's attorney filed. See, also, 155 App. Div. 943, 140 N. Y. Supp. 1131.

MAY WARD CO., Inc., Respondent, v. COLUMBIA AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by May Ward Company, Incorporated, against the Columbia Amusement Company. L. Laski, of New York City, for appellant. J. R. Rubin, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MEAGHER, Respondent, v. SESRUN SOCIETY, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by Mary Meagher against Sesrun Society. L. E. Ginn, of New York City, for appellant. R. Ballantine, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed with costs. Order filed. See, also, 156 App. Div. 896, 140 N. Y. Supp. 1131.

McLAUGHLIN and CLARKE, JJ., dissent on the ground that the verdict that the defendant was guilty of negligence was against the weight of evidence.

MEKKI v. HOLBROOK, CABOT & ROLLINS CORPORATION. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Bela Mekki against the Holbrook, Cabot & Rollins Corporation. No opinion. Motion granted. Order filed. See, also, 154 N. Y. Supp. 382.

MENG, Respondent, v. MENG, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Ottilia B. Meng against Charles E. Meng.

PER CURIAM. Judgment affirmed, with costs.

ROBSON and FOOTE, JJ., dissent.

MERRITT, Respondent, v. LOOMIS OPERA HOUSE CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Orrin Merritt against the Loomis Opera House Company. No opinion. Judgment and order unanimously affirmed, with costs.

MERSEREAU et al., Appellants, v. LOOMIS et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Frederick W. Mersereau and